UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND TRAVERSE BAND OF OTTAWA
AND CHIPPEWA INDIANS, et al.,

    Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

    Defendant.
_____/

Case No. 1:23-cv-589

HON. JANE M. BECKERING

## ORDER

Plaintiffs initiated this action on June 7, 2023 with the filing of a complaint (ECF No. 1). On July 21, 2023, Defendant filed a Motion to Dismiss (ECF No. 10). On August 25, 2023, on leave granted and by stipulation of the parties, Plaintiffs filed a First Amended Complaint (ECF No. 16). Because the First Amended Complaint supersedes the earlier pleading, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendant's pending motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 10) is DISMISSED as moot.

Dated: August 28, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge