UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND TRAVERSE BAND OF OTTAWA
AND CHIPPEWA INDIANS; GRAND
TRAVERSE BAY WATERSHED
INITIATIVE, INC.; and ELK-SKEGEMOG
LAKES ASSOCIATION,

                 Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

                 Defendant.

Civil Action No. 1: 23-cv-00589

Hon. Jane M. Beckering

| | |
|---|---|
| Nicholas Leonard (P79283)<br>Scott Troia (P82986)<br>GREAT LAKES ENVIRONMENTAL LAW CENTER<br>*Attorneys for Plaintiffs*<br>4444 Second Avenue<br>Detroit, MI 48201<br>(313) 782-3372<br>nicholas.leonard@glelc.org<br>scott.troia@glelc.org | Aaron M. Phelps (P64790)<br>Matthew B. Eugster (P63402)<br>Neil E. Youngdahl (P82452)<br>VARNUM LLP<br>*Attorneys for Defendant*<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>amphelps@varnumlaw.com<br>mbeugster@varnumlaw.com<br>neyoungdahl@varnumlaw.com |
| William Rastetter (P26170)<br>Rebecca Millican (P80869)<br>OLSON & HOWARD, PC<br>*Attorneys for Plaintiff Grand Traverse Band of Ottawa and Chippewa Indians*<br>420 E. Front Street<br>Traverse City, MI 49686<br>(231) 946-0044<br>bill@envlaw.com | Tracy Jane Andrews (P67467)<br>LAW OFFICES OF TRACY JANE ANDREWS, PLLC<br>*Attorneys for Plaintiff Grand Traverse Bay Watershed Initiative, Inc.*<br>420 E. Front Street<br>Traverse City, MI 49686<br>(231) 946-0044<br>tja@tjandrews.com |

## STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER

    The parties do hereby stipulate and agree to amend the CASE MANAGEMENT ORDER to allow Plaintiffs to late-designate a wetlands expert. Plaintiffs will disclose Name, Address,

Area of Expertise and provide a short summary of expected testimony of the wetlands expert (pursuant to Rule 26(a)(2)(A)) by October 1, 2024.

Dated: September 24, 2024

_____    /s/ Aaron M. Phelps (by permission)

Nicholas Leonard (P79283)  
Scott Troia (P82986)  
GREAT LAKES ENVIRONMENTAL  
LAW CENTER  
4444 Second Avenue  
Detroit, MI 48201  
313-782-3372  
nicholas.leonard@glelc.org  
scott.troia@glelc.org  
*Attorneys for Plaintiffs*

Aaron M. Phelps (P64790)  
Matthew B. Eugster (P63402)  
Neil E. Youngdahl (82452)  
VARNUM LLP  
Bridgewater Place, P.O. Box 352  
Grand Rapids, MI 49501-0352  
616-336-6000  
amphelps@varnumlaw.com  
mbeugster@varnumlaw.com  
neyoungdahl@varnumlaw.com  
*Attorneys for Defendant*

William Rastetter (P26170)  
Rebecca Millican (P80869)  
OLSON, BZDOK & HOWARD  
420 E. Front Street  
Traverse City, MI 49686  
231-946-0044  
bill@envlaw.com  
rebecca@envlaw.com  
*Attorneys for Plaintiff Grand Traverse Band Of Ottawa and Chippewa Indians*

Tracy Jane Andrews (P67467)  
LAW OFFICES OF TRACY JANE ANDREWS PLLC  
420 E. Front Street  
Traverse City, MI 49686  
231-946-0044  
*Attorneys for Plaintiff Watershed Center of Grand Traverse Bay*


IT IS SO ORDERED.

Dated:  September 25, 2024              /s/ Jane M. Beckering            
                                        Honorable Jane M. Beckering  
                                        U.S. District Court Judge