UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GRAND TRAVERSE BAND OF OTTAWA
AND CHIPPEWA INDIANS, GRAND
TRAVERSE BAY WATERSHED
INITIATIVE, INC., AND ELK-SKEGEMOG
LAKES ASSOCIATION,

   Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

   Defendant.

Case No. 1:23-cv-00589

Hon. Jane M. Beckering

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

  Defendant Burnette Foods, Inc., by and through counsel, respectfully moves the Court to enter summary judgment in Burnette's favor on Plaintiffs' CWA claim and, if appropriate, decline to exercise supplemental jurisdiction over Plaintiffs' MEPA claim, as identified in, and for reasons stated in, the accompanying brief.

  Pursuant to Local Civil Rule 7.1(d), counsel for Defendant contacted counsel for Plaintiffs on April 23, 2025, in an effort to ascertain whether the motion will be opposed. Counsel for Plaintiffs indicated that their clients do not concur with the relief sought and will oppose the motion.

                 **VARNUM LLP**
                 *Attorneys for Defendant*

Dated:  April 25, 2025        By: */s/Neil E. Youngdahl*
                   Aaron M. Phelps (P64790)
                   Matthew B. Eugster (P63402)
                   Neil E. Youngdahl (P82452)
                   P.O. Box 352
                   Grand Rapids, MI 49501-0352
                   (616) 336-6000

                                                                   amphelps@varnumlaw.com
                                                                   mbeugster@varnumlaw.com
                                                                   neyoungdahl@varnumlaw.com

27271406.1