UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND TRAVERSE BAND OF OTTAWA AND
CHIPPEWA INDIANS; GRAND TRAVERSE
BAY WATERSHED INITIATIVE, INC.; and
ELK-SKEGEMOG LAKES ASSOCIATION,

        Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

        Defendant.

Civil Action No. 1: 23-cv-00589

Hon. Jane M. Beckering

Nicholas Leonard (P79283)
Scott Troia (P82986)
GREAT LAKES ENVIRONMENTAL
  LAW CENTER
*Attorneys for Plaintiffs*
4444 Second Avenue
Detroit, MI  48201
(313) 782-3372
nicholas.leonard@glelc.org
scott.troia@glelc.org

Aaron M. Phelps (P64790)
Matthew B. Eugster (P63402)
Neil E. Youngdahl (P82452)
VARNUM LLP
*Attorneys for Defendant*
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
amphelps@varnumlaw.com
mbeugster@varnumlaw.com
neyoungdahl@varnumlaw.com

William Rastetter (P26170)
Rebecca Millican (P80869)
OLSON & HOWARD, PC
*Attorneys for Plaintiff Grand Traverse
  Band of Ottawa and Chippewa Indians*
520 South Union Street
Traverse City, MI  49686
(231) 946-0044
bill@envlaw.com
rebecca@envlaw.com

Tracy Jane Andrews (P67467)
LAW OFFICES OF TRACY JANE AND
  REWS, PLLC
*Attorneys for Plaintiff Grand Traverse Bay
  Watershed Initiative, Inc.*
420 E. Front Street
Traverse City, MI  49686
(231) 714-9402
tja@tjandrews.com

## JOINT STATEMENT OF MATERIAL FACTS

In accordance with the *Information and Guidelines for Civil Practice before The Honorable Jane M. Beckering, United States District Judgment, United States District Court for the Western District of Michigan* (Revised August 2023), Plaintiffs and Defendant, by and through their undersigned counsel, have conferred and file this *Joint Statement of Material Facts*.

1. The Burnette Foods, Inc., Elk Rapids ("Burnette") facility, located at 11100 Elk Lake Road, Elk Rapids, Antrim County, Michigan, processes and preserves raw locally and nationally-sourced fruit and vegetables, which generates millions of gallons of process wastewater annually. Cherry processing in July and August generates relatively more wastewater than other Burnette operations.

2. Burnette holds a Groundwater Discharge Permit ("GWDP"), GW1810211, issued June 1, 2017, by the state environmental regulator, now the Department of Environment, Great Lakes, and Energy ("EGLE"). Burnette continues to operate under the 2017 GWDP, which expired June 1, 2020, because Burnette submitted a timely renewal application before December 3, 2019. Burnette is obligated to operate in accordance with its GWDP. (BFI00000923-941)

3. The GWDP authorizes Burnette to discharge wastewater to the groundwater through spray irrigation of a maximum of 425,000 gallons daily and 15,000,000 gallons annually of process wastewater to fields located south of Burnette's Elk Rapids facility. The GWDP imposes various limits on the wastewater application rate and certain parameters in effluent and groundwater, as well as other limitations and requirements related to Burnette's spray irrigation of wastewater. (BFI00000923-941)

4. Burnette developed a Discharge Management Plan (DMP) in March 2019; any and all discharges from the Burnette facility are required to be in compliance with the conditions, limits, practices, and procedures in the DMP. Per the DMP, Burnette spray irrigates up to 48.7

acres, divided into 4 fields ("the Spray Fields"): North Site, South Site, Field #37, and Field #39. North Site is an 8.0-acre spray field labelled IRR-38; South Site is divided into three 10-acre spray fields labelled IRR-36 SE, IRR-36 SC, and IRR-36 SW; Field #37 is a 6.7-acre spray field labelled IRR-37; and Field #39 is a 4-acre spray field labelled IRR-39. (BFI00005772-6043)

5. Burnette's DMP contemplates that crops will be grown on the Spray Fields.

6. As required by state law, Burnette developed an Operation and Maintenance Manual ("O&M Manual") dated November 2019. The O&M Manual provides additional details regarding Burnette's equipment, facilities operations and maintenance, and its land application of wastewater. (BFI00004190-4548)

7. Per the O&M Manual, before Burnette applies the process water to the spray fields, the wastewater passes through bar screens and hydrosieves to collect large solids and is impounded in impoundment cells at the facility. Sodium hydroxide or similar chemicals may be added to maintain pH. The impoundment cells are equipped to provide aeration or mixing. (BFI00004190-4548)

8. The spray irrigation fields are intended to provide slow rate land application as a means of wastewater treatment and discharge, with land spray application to an area totaling 48.7 wetted acres. Wastewater treatment is accomplished by mechanical spray irrigation and nutrient uptake by vegetation and soil adsorption, with an eventual groundwater discharge of excess water not utilized by harvested crops and natural vegetation. (BFI00000923-941; BFI00005772-6043; BFI00004190-4548)

9. Burnette contemplated installing drip irrigation, and its DMP would allow for the installation of a drip irrigation system, but Burnette has not installed drip irrigation to date. (BFI00005772-6043)

10. The GWDP requires Burnette to prevent surface pooling and ponding of water discharged from the irrigation system as well as surface runoff and requires Burnette to monitor the irrigation fields daily during discharge. (BFI00000923-941; BFI00005772-6043; BFI00004190-4548)

11. The GWDP does not authorize any discharge to surface waters. (BFI00000923-941)

12. Burnette files monthly reports with EGLE that document its discharge application flow, rate, sampling results, and other information through monthly Discharge Monitoring Reports. ("DMRs").

13. Burnette compiles quarterly reports that document the results of its groundwater, soil, and surface water measurements and sampling for the spray irrigation fields, called Site Status Reports or Groundwater Monitoring Reports.

14. There is a wetland complex near the Spray Fields. (BFI00004023-53; BFI00003973-3996; BFI00003997-4022). There is a berm around the wetland complex.

15. For many years, a farm road has run through the wetland complex. Historically, there was a single culvert under the farm road, which Burnette replaced with two culverts in 2022. (BFI00002668-677)

16. Water that flows out of the northern reaches of the wetland complex, flows into a culvert that starts on the west side of Elk Lake Road, runs beneath Elk Lake Road and a garage structure, then outfalls into a plunge pool on private property east of Elk Lake Road. The stream or drain continues along through private property before passing under a driveway through another culvert, and then into another culvert that discharges into Elk Lake. The stream or drain is referred to as Spencer Creek or (occasionally) Gretel Creek.

17. Burnette has been cited by EGLE for violations of its GWDP and other state laws and regulations. EGLE initiated formal enforcement action against Burnette in December 2020, which is unresolved. (BFI00000045-49; BFI00006776-742; BFI00000091-93; BFI00004617-629; BFI00004549-448)

18. Elk Lake is a "waters of the United States" as defined by 40 C.F.R. 120.2(a).

Dated: April 25, 2025

/s/ Scott Troia  *(with permission)*
Nicholas Leonard (P79283)
Erin Mette (P83199)
Scott Troia (P82986)
GREAT LAKES ENVIRONMENTAL
LAW CENTER
4444 Second Avenue
Detroit, MI 48201
(313) 782-3372
nicholas.leonard@glelc.org
scott.troia@glelc.org
*Attorneys for Plaintiffs*

/s/Aaron M. Phelps
Aaron M. Phelps (P64790)
Matthew B. Eugster (P63402)
Neil E. Youngdahl (82452)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
amphelps@varnumlaw.com
mbeugster@varnumlaw.com
neyoungdahl@varnumlaw.com
*Attorneys for Defendant*

William Rastetter (P26170)
Rebecca Millican (P80869)
OLSON & HOWARD, P.C.
520 South Union Street
Traverse City, MI 49686
(231) 946-0044
bill@envlaw.com
rebecca@envlaw.com
*Attorneys for Plaintiff Grand Traverse Band*
  *of Ottawa and Chippewa Indians*

/s/ Tracy Jane Andrews *(with permission)*
Tracy Jane Andrews (P67467)
LAW OFFICES OF TRACY JANE ANDREWS PLLC
420 E. Front Street
Traverse City, MI 49686
(231) 714-9402
tja@tjandrews.com
*Attorneys for Plaintiff Grand Traverse Bay*
  *Watershed Initiative, Inc.*