# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00589-JMB | 7/23/2025 | 1:00 - 2:36PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Grand Traverse Band of Ottawa and Chippewa Indians et al v. Burnette Foods, Incorporated |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| William Rastetter<br><br>Rebecca Millican<br><br>Scott Troia<br><br>Tracy Jane Andrews | Plaintiffs |
| Aaron M. Phelps<br><br>Matthew Eugster | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Early Settlement Conference Held;  Case did not settle.

Portions Digitally Recorded
Deputy Clerk: A. Doezema