UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND TRAVERSE BAND OF OTTAWA
AND CHIPPEWA INDIANS, et al.,

    Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

    Defendant.
_____/

Case No. 1:23-cv-589

HON. JANE M. BECKERING

## ORDER

Plaintiffs filed this action, alleging claims under federal (Count I) and state (Count II) environmental laws. Pending before the Court are the parties' dispositive motions (ECF Nos. 89, 90, & 95). On October 13, 2025, Defendant filed a Notice of Supplemental Authority (ECF No. 124), attaching a September 25, 2025 "Part 201 Facility Notification" issued by the Michigan Department of Environment, Great Lakes, and Energy (EGLE), which indicates, in pertinent part, that EGLE has determined that groundwater at or near Defendant's spray irrigation fields is "contaminated above applicable Part 201 criteria, meaning that BFI-ER is a 'Facility' as that term is defined by Part 201" (ECF No. 124-1 at PageID.8008). EGLE delineates numerous monitoring wells with constituents that exceed health-based criteria (*id.* at PageID.8008–8009). EGLE orders Defendant to "halt the release, and pursue appropriate response activities to address the release" (*id.* at PageID.8008). Having reviewed the submission and being familiar with the case,

**IT IS HEREBY ORDERED** that Plaintiffs shall, not later than October 27, 2025, file a response to the Notice, including Defendant's representation that the Notice will affect the Court's ability to resolve Plaintiffs' Count II.

**IT IS FURTHER ORDERED** that the parties shall, <u>not later than October 27, 2025</u>, meet and confer and attempt in good faith to negotiate a resolution to this dispute.  In the event the parties reach a settlement, counsel shall immediately file a notice indicating such.

Dated:  October 15, 2025                                                     /s/ Jane M. Beckering
                                                                               JANE M. BECKERING
                                                                               United States District Judge