UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAND TRAVERSE BAND OF OTTAWA
AND CHIPPEWA INDIANS, et al.,

    Plaintiffs,

v.

BURNETTE FOODS, INCORPORATED,

    Defendant.
_____/

Case No. 1:23-cv-589

HON. JANE M. BECKERING

# ORDER

On November 12, 2025, the Court issued an Opinion and Order (ECF No. 133) resolving the summary judgment motions in this case. No trial-related dates have been set in this matter. The Court will require the parties to confer and file a joint notice providing a reasonable estimate of how long they expect trial will last. Accordingly:

**IT IS HEREBY ORDERED** that the parties shall, not later than <u>December 1, 2025</u>, file a joint notice consistent with the above directive.

Dated: November 13, 2025

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge